MOREHOUSE ET AL. *v.* UNITED STATES ET AL.

No. 500.   Decided December 18, 1961.

*Clarence D. Todd, G. Duane Vieth* and *Robert N. Burchmore* for appellants.

*Solicitor General Cox,* Assistant Attorney General *Loevinger, Richard A. Solomon, Robert W. Ginnane* and *Fritz Kahn* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

RAFTER *v.* HAYS ET AL.

No. 527.   Decided December 18, 1961.

Appellant *pro se.*

*Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Jean M. Coon,* Assistant Attorney General, for Honorable Aron Steuer, Justice of the New York Supreme Court, appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.